BILDERBACK INVESTMENT TRUST, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed January 10, 1933.*

BILDERBACK INVESTMENT TRUST, pro se.

OSCAR E. CARLSTROM, Attorney General; CARL DIETZ,
Assistant Attorney General, for respondent.

Mr. Justice Thomas delivered the opinion of the court:

Claimant is asking for an award of $30.00 paid by it for an insurance broker's license. The declaration alleges it paid the $30.00 under the impression gained through lack of information that such sum was the correct amount the law required. The Attorney General has filed a demurrer to the declaration. It is apparent from the allegations of the declaration that the money was voluntarily paid. If any mistake was made by claimant, it was a mistake of law and not of fact. It is fundamental that a tax or license voluntarily paid cannot be recovered back. (*Oakford & Fahnestock* vs. *State,* 6 Ct. Cl. 439.) It is also equally well settled in this State that money paid under a mistake of law cannot be recovered back. (*Illinois Merchants Trust Co.* vs. *Harvey,* 335 Ill. 284; *Richardson Lubricating Co.* vs. *Kinney,* 337 Ill. 122; *Oakford & Fahnestock* vs. *State, supra.*)

The demurrer is sustained and the cause dismissed.